[No. 4083. Decided July 12, 1902.]

FREDERICK KAKELDY, *Appellant*, v. HEMRICH BROTHERS BREWING COMPANY, Respondent.

Appeal from Superior Court, King County.—Hon. BOYD J. TALLMAN, Judge. Reversed.

*H. E. Foster*, for appellant.

*Preston, Carr & Gilman*, for respondent.

PER CURIAM.—The plaintiff in this case owns a lot adjoining plaintiff Schwede whose suit against the same defendant was determined July 5, 1902, in which similar relief is claimed. Upon the authority of *Schwede v. Hemrich Bros. Brewing Co. ante*, p. 21, this case is reversed with direction to the superior court to grant the relief prayed for in the complaint.